UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TUBI STYLE U.S.A., INCORPORATED

    Plaintiff,                                              Case No. 1:03-cv-890

v                                                         Hon. Wendell A. Miles

ROB LAY; HG PARTS; and
ANDALE, INC.,

    Defendants.
_____/

DEFAULT JUDGMENT AND PERMANENT INJUNCTION

In accordance with the Findings of Fact and Conclusions of Law entered on this date, the court has found that defendant HG Parts is in default and that plaintiff Tubi Style U.S.A., Incorporated is entitled to injunctive relief.   Therefore,

**IT IS ORDERED AND ADJUDGED** as follows:

1.  Defendant HG Parts shall be and hereby is enjoined from distribution of Tubi Style of Italy products within the United States and Mexico.

2.  Defendant HG Parts is further enjoined from violating the exclusive rights of plaintiff Tubi Style U.S.A., Incorporated, to distribute Tubi Style of Italy products in the United States and Mexico, including, without limitation, by using the Internet to make any Tubi Style of Italy products available for distribution within the United States and Mexico.

3.  Defendant HG Parts shall pay to plaintiff Tubi Style U.S.A., Incorporated costs of action in the amount of $ 150.00.

Entered this 4th day of October, 2005.

>  /s/ Wendell A. Miles
> Wendell A. Miles
> Senior U.S. District Judge